teenth street, in the borough of Brooklyn, city of New York, the plaintiff's intestate was thrown to the street and thereafter run over by the truck belonging to the defendant, appellant, and as a. result of the injuries sustained died.

*Julian S. Eaton, Martin B. Faris* and *William M. Richardson* for appellant.

*G. Everett Hunt, Maurice Brandt* and *Julius B. Baer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

---

MARGARET E. WOOLLEY, an Infant, by JAMES C. WOOLLEY, Her Guardian ad Litem, Appellant, *v.* COLSON AMUSEMENT COMPANY, Defendant, and LEONARD COLSON, Respondent.

*Negligence — corporations — officers — officer of corporation engaged in operation of carousel owned by it not personally liable for injury to rider through its negligent operation.*

*Woolley* v. *Colson Amusement Co.,* 206 App. Div. 721, affirmed.

(Argued October 15, 1924; decided November 25, 1924.)

APPEAL from a judgment, entered June 20, 1923, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint as to defendant, respondent, in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. Plaintiff, while riding on a carousel operated by defendant Colson Amusement Company, was injured by reason of its negligent operation. The Appellate Division held that the defendant, respondent, who was at the time of the accident president of the corporation and who superintended the operation of the carousel, could not be held personally liable for the plaintiff's injuries.

*Maxwell Arent* for appellant.

*Joseph Lonardo* and *Nicholas M. Pette* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PETER J. LITSCH, Respondent, *v.* TODDS, IRONS & ROBERTSON, INC., Appellant.

*Negligence — failure of general contractor to light stairways of building under construction — when employee of subcontractor injured from falling down unlighted stairway may recover.*

*Litsch* v. *Todds, Irons & Robertson, Inc.*, 209 App. Div. 862, affirmed. (Argued October 15, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1924, affirming a judgment in favor of plaintiff entered upon a verdict in an action by an employee of a subcontractor against the general contractor to recover for personal injuries alleged to have been sustained by said employee through the negligence of said general contractor in failing to keep lighted the stairways of a building under construction by reason of which plaintiff, while in the course of his employment, fell down a stairway and received the injuries complained of.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellant.

*Arthur T. O'Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.